☒ FILED    ☐ LODGED

**Sep 20 2024**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

Kevin L. Campbell #079010
Name and Prisoner/Booking Number

La Palma Correctional Center
Place of Confinement

5501 N. La Palma Rd.
Mailing Address

Eloy, AZ 85131
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Kevin L. Campbell ,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) CoreCivic ,
(Full Name of Defendant)

(2) _____ ,

(3) _____ ,

(4) _____ ,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV24-01073-PHX-SMM(CDB)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT**
**BY A PRISONER**
❉ JURY TRIAL DEMANDED ❉

☐ Original Complaint
☒ First Amended Complaint
☐ Second Amended Complaint

## A.  JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
    ☐ Other: _____

2.  Institution/city where violation occurred: La Palma Correctional Center / Eloy AZ

**550/555**

## B. DEFENDANTS

1. Name of first Defendant: _CoreCivic_ . The first Defendant is employed as: _Healthcare Provider_ at _La Palma Correctional Center_ .
              (Position and Title)                              (Institution)

2. Name of second Defendant: _____ . The second Defendant is employed as: as: _____ at _____
              (Position and Title)                              (Institution)

3. Name of third Defendant: _____ . The third Defendant is employed as: _____ at _____
              (Position and Title)                              (Institution)

4. Name of fourth Defendant: _____ . The fourth Defendant is employed as: _____ at _____
              (Position and Title)                              (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?     ☒ Yes     ☐ No

2. If yes, how many lawsuits have you filed? _1_ . Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _Kevin L. Campbell_ v. _Corizon Health, Inc._
      2. Court and case number: _U.S. Dist. Ct. CV 18-00146-TUC-JAS_ .
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _Post Summary Judgment Settlement._

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____ .
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____ .
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D.  CAUSE OF ACTION

### COUNT I

1.  State the constitutional or other federal civil right that was violated: Eighth Amendment to the Constitution of the United States

2.  **Count I.**  Identify the issue involved.  Check **only one.**  State additional issues in separate counts.
    ☐ Basic necessities          ☐ Mail              ☐ Access to the court       ☒ Medical care
    ☐ Disciplinary proceedings   ☐ Property          ☐ Exercise of religion      ☐ Retaliation
    ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

    P1 Plaintiff Kevin Campbell is a 63 years old institutionalized person confined under the custody and jurisdiction of the Arizona Department of Corrections, Rehabilitation and Reentry ("ADCRR") at La Palma Correctional Center ("LPCC").

    P2 Defendant CoreCivic operates the LPCC and pursuant to a healthcare services agreement between CoreCivic and the State of Arizona, is the contracted healthcare provider for ADCRR prisoners housed there.

    P3 Plaintiff is visually impaired in both eyes. In 2005 Plaintiff lost most of his vision in the left eye and was diagnosed with an ocular occlusion (arterial); central retinal artery occlusion in the left eye. In August 2017 and on October 16, 2023, Plaintiff was diagnosed with a detached retina in the right eye. On August 24, 2017, Plaintiff underwent retina reattachment surgery.

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

    P1 Plaintiff's retina/eye was scarred and damaged and suffered a near total detachment during the delay that occurred from October 16, 2023 to August 15, 2024.

5.  **Administrative Remedies:**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
    b.  Did you submit a request for administrative relief on Count I?  ☒ Yes  ☐ No
    c.  Did you appeal your request for relief on Count I to the highest level?  ☒ Yes  ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

# 3. Supporting Facts (Cont.):

**P4** On September 6, 2023, Plaintiff submitted an urgent Health Needs Request ("HNR") asking to be seen by the onsite optometrist immediately due to loss of vision in his right eye. Plaintiff also reported that his symptoms were similar to those he experienced in 2017 when he suffered a previous detached retina.

**P5** On September 15, 2023, Plaintiff saw Dr. Bray, the LPCC onsite optometrist. Plaintiff reported worsening symptoms including severe pain and continued decrease in vision. Dr. Bray performed an eye exam and explained that he was unable to assess Plaintiff's condition due to clouding of the vitreous humor. Dr. Bray recommended an offsite consultation with ophthalmology. For the next 30 days, Plaintiff experienced further vision loss, blurred/distorted vision, a sensation of flashing lights, a shadow over the central portion of the field of vision, a sensation of sand or glass particles in the eye, acute pain, throbbing, soreness, redness fluid/mucus buildup and drainage

**P6** On October 16, 2023, Plaintiff saw Dr. Metha, an offsite Ophthalmology surgeon. Dr. Metha performed a battery of eye tests and diagnosed Plaintiff with a corneal edema and detached retina in the right eye. Dr. Metha assessed that the corneal edema had to be addressed before performance retinal reattachment surgery;

3-A

clouding of the vitreous humor obscured his view of the retinal area of the eye due to hemorrhage and/or inflammation; clear view of retina is necessary to perform surgery. Dr. Metha provided an optimistic prognosis with respect to repairing detached retina, pending the complete resolution of corneal edema and recommended that Plaintiff follow-up in his office after cornea specialist addressed the edema.

P7 On October 21 and November 5, 2023, Plaintiff submitted HNRs: (1) clarifying his wish to proceed with the surgeries, (2) seeking confirmation with respect to approval/scheduling of an offsite consultation with a cornea specialist, and (3) requested pain medication to treat acute eye pain, with a sensation of having sand in his eye.

P8 On November 6, 2023, Plaintiff saw Dr. Heller, an offsite ophthalmologist and surgeon who performed cataract surgery on Plaintiff's right eye with lens implantation in January 2018. Dr. Heller diagnosed Plaintiff with a detached retina and corneal edema with clouding of the vitreous humor on November 6, 2023, and prescribed Prednisolone to treat pain/inflammation.

P9 On December 12, 2023, Plaintiff saw Dr. Heller. Pictures of Plaintiff's retina were taken, but the retina was not visible due to clouding/inflammation. He recommended a consultation with a cornea specialist. (cf., P6, supra)

3-B

P10 On December 18, 2023, Dr. Metha evaluated Plaintiff's right eye and was surprised that he had returned to his office because he determined, upon examination, that clouding, inflammation and hemorrhage were present and the corneal edema had not been addressed. Dr. Metha reaffirmed his previous assessment that he would **not** perform a retinal reattachment surgery prior to complete resolution of corneal edema. Dr. Metha also commented that he could not perform the surgery because he cannot see into the back of the eye where the retina is located due to clouding.

P11 On January 30, 2024, Plaintiff saw Dr. Vadalla, a cornea specialist. Dr. Vadalla evaluated Plaintiff's condition and provided a favorable prognosis. Dr. Vadalla stated that the cornea lens implant would come from a human donor and therefore Plaintiff would have to use the anti-rejection medication Prednisolone for the rest of his life. Dr. Vadalla recommended cornea lens replacement surgery. On March 6, 2024, Plaintiff submitted an HNR asking for confirmation of scheduled cornea surgery by Dr. Vadalla and complaining of extreme eye pain and other symptoms affecting his daily life activities.

P12 On April 15, 2024, Dr. Vadalla performed cornea replacement surgery, prescribed anti-rejection medication (Prednisolone), recommended Plaintiff use Prednisolone daily for the rest of his life and follow-up in his office.

3-C

**P13** On May 8, 2024, Plaintiff saw Dr. Vadalla for a post-operative follow-up. Dr. Vadalla examined Plaintiff's right eye, commented that it looked great and the cadaver cornea lens implant was well placed. Dr. Vadalla reiterated his recommendation that Plaintiff use the anti-rejection medication Prednisolone for the rest of his life and that it was also being prescribed to treat pain and reduce inflammation and discomfort, post-op. Dr. Vadalla assessed/recommended that Plaintiff return to Dr. Metha's office for evaluation and retina reattachment surgery.

**P14** On July 11, 2024, Plaintiff saw Dr. Bray, the LPCC onsite optometrist. Plaintiff asked for confirmation regarding whether he was approved/scheduled for a follow-up with Ophthalmology surgeon Dr. Metha. According to Dr. **Bray** no follow-up was pending and he entered a request for one with Dr. Metha. Plaintiff complained that a request for follow-up with Dr. Metha was suppose to have been submitted after Dr. Vadalla cleared him on May 8, 2024.

**P15** On August 15, 2024, Plaintiff saw Dr. Metha, his primary treating ophthalmologist to **evaluate** retina reattachment surgery. Dr. Metha performed numerous eye tests/exams and determined that:

3-D

Dr. Metha commented that: (1) he made the recommendation for consultation with a cornea specialist on October 16, 2023 and noted that it took 6 months for Plaintiff to receive cornea replacement surgery and an additional 4 months to return to his office, (2) the 10 month delay resulted in a nearly complete detachment of the retina, scarring the retina and damaging it beyond repair, (3) whereas his October 2023 assessment of the retina showed a significant portion of the retina was still intact and without the scarring/damage presently observed, (4) the optimistic prognosis no longer existed and he apologized for having to share bad news and stated that there is no longer an expectation of restoring vision in the right eye and (5) noted the delay in this case was unfortunate, too much time elapsed between his recommendation and the return to his office after resolution of the corneal edema.

P16 Dr. Metha also commented that the retina is currently situated at the bottom of the eye, with the eye still holding its shape, but not enough intact retina to restore vision and therefore it was his opinion that the window of opportunity had closed and he could no longer commit to a major surgery that carried no expectation of restoring vision.

3-E

P17 On September 6, 2024, Plaintiff saw Dr. Shaw and was informed that Dr. Yadalla no longer practiced at that office. Dr. Shaw scoped and examined Plaintiff's eyes and performed a very thorough review of the medical records available to her. Dr. Shaw commented that:

(1) the results of eye pressure tests indicate left eye-pressure was 12; right eye-pressure was 24, cornea implant looked great, (2) recommended/prescribed the anti-rejection medication Prednisolone be used (2 drops daily) for the rest of Plaintiff's life, (3) recommended that an eye exam for prescription eyeglasses be performed, (4) protection and preservation of the remaining vision in the left eye is the new focus of attention, (5) she noticed there was a long gap where Plaintiff did not receive Prednisolone but did not specify how long or which period she was referring to, (6) she noticed other interruptions and delays in administering Prednisolone to Plaintiff (7) there was not much she could do to make prison officials comply with the recommended daily use of Prednisolone and (8) she would use ALL CAPS to alert them of the importance of using Prednisolone daily for the rest of his life, without delay or interruption.

Dr. Shaw also stated failure, delays or interruption in the daily use of Prednisolone may cause his eye to reject the cornea implant and causes pain and inflammation.

3-F

**P18** Dr. Shaw emphasized the importance of Plaintiff taking Prednisolone as prescribed and without delay or interruption for the rest of his life. She also explained how deviation from or lapses in its prescribed daily use may cause inflammation and rejection of the cadaver cornea implant, which is quite painful.

**P19** On November 6, 2023, Dr. Heller prescribed Prednisolone to treat Plaintiff's corneal edema, pain, inflammation and hemorrhage in the right eye. Plaintiff believes he was instructed to instill one drop into the affected eye once or twice a day. Plaintiff does not recall or possess any medical records to establish whether this particular prescription had an expiration date, or whether it was prescribed for automatic renewal.

**P20** On December 12, 2023, Plaintiff saw Dr. Heller who recommended that he continue to use Prednisolone as prescribed. On December 26, 2023, Plaintiff submitted an urgent HNR complaining of 10/10 pain in his right eye and alleging that LPCC medical possessed his Prednisolone eye drops but refused to give it to him despite the extreme pain he was experiencing, a November 6, 2023 prescription issued by Dr. Heller and recent (i.e., 10-16-23) corneal edema diagnosis by Dr. Metha.

3-G

P21 In accordance with ADCRR policy, i.e.,
Department Orders ("DO") 1104 Inmate Medical
Records", subsection 3.0 Requests For Inmates
To Obtain Medical Records For Litigation Issues,
Plaintiff is not allowed to obtain copies and
therefore currently does not possess any of the
relevant onsite or offsite medical records
material to this Complaint, including HNR
responses. DO 1104 prohibits prisoners from
possessing or obtaining copies of medical
records until (1) after the commencement of "a
bona fide lawsuit that has been validly
served on the [ADCRR] or other defendant", (2)
the prisoner provides proof of pro se status,
(3) a request for discovery is filed and (4) no
objection by the Office of the Attorney General.
"All four requirements must be met. DO 1104
subsection 3.1.1 - 3.1.1.4

P22 Although ADCRR DO 1104 § 2.0 Inmate
Requests To Review Their Medical Record permits
a prisoner to review medical records and
"to make handwritten notes during the review",
§ 2.3 et seq., Plaintiff is unable to avail himself
of this procedure because he is totally blind in
the right eye and functionally blind in the left.

---

1. All non-restricted policies are available at
   ADCRR's public website:
   https://corrections.az.gov/reports-documents/
   adc-policies

P23 Plaintiff has submitted numerous HNRs asking that Prednisolone prescriptions be filled and refilled but has **not** received any HNR responses and therefore, at this initial pre-discovery stage of the proceeding, he is unable to provide basic-fact-information contained in his medical records because ADCRR policy (supra at PP21, 22) either prohibits, restricts or limits such access; and his visual impairment prevents him from obtaining it from his ADCRR medical record via review and note taking. Plaintiff does possess a record of the information contained in the HNRs he submitted requesting either pain medication, including ibuprofen, Prednisolone and artificial tears.

P24 On January 22, 2024, Plaintiff submitted an HNR reporting eye pain/inflammation and requesting ibuprofen. Plaintiff did not receive a HNR response. On March 6, 2024, Plaintiff submitted an HNR reporting extreme eye pain and asking medical staff why they refuse to give him pain medication. On March 12, 2024, Plaintiff submitted an HNR asking for an explanation as to why medical refuses to give him Prednisolone/ibuprofen. On April 7, 2024, Plaintiff submitted an HNR requesting refills for eye drops and ibuprofen. Plaintiff does not have HNR responses for any of HNRs referenced above.

P25. On April 30, 2024, Plaintiff submitted an HNR for ibuprofen and eye drops refills and reported eye pain. On May 19, 2024, Plaintiff submitted an HNR requesting a refill for eye drops. Prednisolone is the specific eye drops referenced in the April 30 and May 19, 2024 HNRs.

P26 On July 22, 2024, Plaintiff submitted an HNR requesting refills for liquid tears and Prednisolone. Plaintiff also complained that there is a real problem with [medical] providing [him] with Prednisolone and further stated that medical was not filling this prescription and needs to. On August 10 and September 15, 2024, Plaintiff submitted HNRs requesting refills for Prednisolone. Plaintiff alerted medical that his offsite treating ophthalmologist cautioned him not to run out of Prednisolone and asked medical to "ensure there is no lapse between refills." Plaintiff does not have responses for any of the HNRs referenced above.

P27 Without access to his ADCRR medical records to substantiate it, Plaintiff believes that the ibuprofen prescription originated with the earliest HNRs submitted by Plaintiff reporting acute eye pain and resulted in an unknown LPCC onsite provider prescribing ibuprofen to treat the undiagnosed condition. Plaintiff has no information regarding the dosage / expiration date for this prescription or whether it was prescribed for automatic renewal.

3-J

**P28** The following information is taken from an empty box of steroid eye drops:

Prednisolone Acetate Ophthalmic Suspension
QTY: 10   RFL: 4   Instill One Drop Into Affected Eye In The Morning
Start: 07-28-2024   DISP: 08-15-2024
Stop: 01-18-2025
Prescriber: Burnett, Derek
Earliest Refill: 09-15-2024

Plaintiff does not know who "Prescriber: Derek Burnett" is or whether he is an onsite or offsite medical provider.

**P29** Prednisolone was recommended/prescribed by several providers for different reasons and at different times beginning with Dr. Heller. Plaintiff has kept a journal to record his eye condition and the following is adduced therefrom:

On November 6, 2023, Dr. Heller was the first provider to recommend/prescribe Prednisolone to treat Plaintiff's corneal edema, eye pain and inflammation. On December 12, 2023 Dr. Heller renewed his recommendation/prescription for Prednisolone to treat Plaintiff's corneal edema, eye pain and inflammation. Plaintiff was instructed to take 1 to 2 drops per day. Plaintiff does not recall, his journal does not indicate, he does not possess **any** medical

3-K

records that show whether the Prednisolone prescriptions issued by Dr. Heller had expiration dates, or whether they were prescribed for automatic renewal.

P30 On April 15, 2024, Dr. Vadalla performed cornea replacement surgery and prescribed Prednisolone as an anti-rejection medication for the cadaver cornea implant and to treat pain/inflammation, with a special instruction that he instill one drop in the affected eye for the rest of his life.

P31 Plaintiff has not received any responses to the HNRs he submitted regarding his requests for specialist care. The comments made by Dr. Metha support Plaintiff's allegation that the delays in this case were probably due, in substantial part, to something other than the normal amount of time it took to schedule the offsite consultation with Cornea surgeon Dr. Vadalla and the follow-up with Dr. Metha. (cf., PP21, 22 supra)

P32 Comments made by Dr. Shaw support Plaintiff's allegation that the numerous and ongoing delays and interruptions **in the** daily use of Prednisolone both before and after he received cadaver cornea implantation **resulted** in the unnecessary and wanton infliction of pain and inflammation of his eye and partial rejection of the implant.

3-L

**P33** The facts alleged in this First Amended Complaint support the claim that Defendant's deliberate indifference was and continues to be exhibited, beginning in September 2023 to date, due to ongoing failures to PROVIDE Plaintiff with Prednisolone without delay or interruption and Defendant's failure to schedule offsite consultations with specialists for (1) an initial diagnosis, cornea replacement surgery and (3) follow-up for retinal reattachment surgery. did not result from the actions of one or two rogue employees; rather, they occurred over a year-plus and continue and involve numerous CoreCivic employees, and therefore it is alleged such actions and omissions constitute an ongoing constitutional violation and policy, practice or custom that denied timely access to specialists' care and interruptions and delays specialists-recommended pre-op and post-op Prednisolone treatment for a serious medical need.

**P34** Without access to his medical record per ADCRR DO 1104, Plaintiff is unable to accurately quantify the exact number of instances of delayed care, but alleges that it appears to be approximately 15 to 25, and continues to occur.

3-M

4. Injury (Cont.):

P2 Plaintiff suffered and continues to suffer eye pain, inflammation and partial rejection of his cadaver cornea implant caused by delays and interruptions in specialist-recommended daily administration of Prednisolone eye drops.

## E.  REQUEST FOR RELIEF

State the relief you are seeking:

A. Issue a preliminary injunction ordering Defendant Corelivic to provide timely access to specialist-recommended treatment; B. Compensatory damages in an amount to be determined at jury trial; C. Punitive damages in an amount to be determined at jury trial and D. Recovery of the costs of suit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___9-20-2024___
                DATE

_____
SIGNATURE OF PLAINTIFF
Kevin L. Campbell

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

___N/A_____
(Signature of attorney, if any)

___N/A_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space, you may attach no more than fifteen additional pages.  But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

ATTACHMENT



**Arizona Department of Corrections**
**Rehabilitation and Reentry**

**Health Needs Request (HNR)**

Date : _____
Time: _____
Initials: _____

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE (Last, First M.I.) (Apellido, Nombre, Inicial) | ADCRR NUMBER/NÚMERO DE ADCRR | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|
| Campbell, Kevin | 079010 | 10-21-23 |
| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | |
| A118 | Compound 1/ Apache | |
| P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADCRR | |
| 5501 N. La Palma Rd | La Palma | |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar  la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

## SECTION/SECCIÓN II

**AREA OF INTEREST**(Check only one block below)/**AREA DE INTERES** (Marque Un Espacio Solamente)   ☐ Medical/Médico   ☐ Dental

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☑ Other (specify)/Otros (especifique) _Opthalmologist_

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!]

Eye Surgery, Request for approval

I request that the opthalmologist, Dr. Neha's, recommendation for corneal Oedema surgery and retinal re-attachment be approved asap. Thank You.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenoiones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO
Kim Campbell

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]**

## SECTION III/SECCION III

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA**   ☐ Medical/Médico   ☐ Dental   ☐ Pharmacy/Farmacia

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Other (specify)/Otros (especifique) _____

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | | |

## SECTION/SECCIÓN IV

**PLAN OF ACTION/PLAN DE ACCION**

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | | |

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución:    White/Blanca – Health Unit/Unidad de Salud
                Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
6/2/21

**SECTION 4, HNR**



**Arizona Department of Corrections
Rehabilitation and Reentry**

**Health Needs Request (HNR)**

Date : _____

Time: _____

Initials: _____

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADCRR NUMBER/NÚMERO DE ADCRR | DATE/FECHA *(mm/dd/yyyy)* |
|---|---|---|
| Campbell, Kevin L. | 079010 | 11-05-23 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD |
|---|---|
| AA118 | La Palma / Compound 1 |

| P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADCRR |
|---|---|
| 5501 N. La Palma Rd | La Palma |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

## SECTION/SECCIÓN II

**AREA OF INTEREST** *(Check only one block below)*/**AREA DE INTERES** *(Marque Un Espacio Solamente)*   ☐ Medical/Médico   ☐ Dental

☑ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Other *(specify)/Otros (especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!]

Please order a refill of Tansulosin, Ibuproten. and all other meds.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenoiones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO

Kevin Campbell

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]**

## SECTION III/SECCION III

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA**   ☐ Medical/Médico   ☐ Dental   ☐ Pharmacy/Farmacia

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Other *(specify)/Otros (especifique)* _____

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| | | |

## SECTION/SECCIÓN IV

**PLAN OF ACTION/PLAN DE ACCION**

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| | | |

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución:   White/Blanca – Health Unit/Unidad de Salud
　　　　　　　　　　　　　　Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
6/2/21

**SECTION 4, HNR**



**Arizona Department of Corrections Rehabilitation and Reentry**

**Health Needs Request (HNR)**

Date : _____

Time: _____

Initials: _____

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADCRR NUMBER/NÚMERO DE ADCRR | DATE/FECHA *(mm/dd/yyyy)* |
|---|---|---|
| Campbell, Kevin L. | 079010 | 11-05-23 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD |
|---|---|
| AA118 | Compound 1 |

| P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADCRR |
|---|---|
| 5501 N. La Palma Rd. | La Palma |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

## SECTION/SECCIÓN II

AREA OF INTEREST *(Check only one block below)*/**AREA DE INTERES** *(Marque Un Espacio Solamente)*    ☐ Medical/Médico    ☐ Dental

☐ Pharmacy/Farmacia    ☐ Mental Health/Salud Mental    ☑ Other *(specify)/Otros (especifique)* _Optometry_

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!]

Have I been scheduled for surgery with the ophthalmologist for retinal detachment and corneal edema. Please confirm. I'm experiencing severe eye pain. Feels like ground glass is in my eyes.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO

*Kevin Campbell*

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]**

## SECTION III/SECCION III

| REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA | ☐ Medical/Médico   ☐ Dental   ☐ Pharmacy/Farmacia |
|---|---|
| ☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental | ☐ Other *(specify)/Otros (especifique)* _____ |

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| | | |

## SECTION/SECCIÓN IV

| PLAN OF ACTION/PLAN DE ACCION |
|---|
| |
| |

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| | | |

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución:   White/Blanca – Health Unit/Unidad de Salud
          Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
6/2/21

**SECTION 4, HNR**



**Arizona Department of Corrections
Rehabilitation and Reentry**

**Health Needs Request (HNR)**

Date : _____
Time: _____
Initials: _____

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADCRR NUMBER/NÚMERO DE ADCRR | DATE/FECHA *(mm/dd/yyyy)* |
|---|---|---|
| Campbell Kevin | 079010 | 12-14-23 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD |
|---|---|
| AA118 | Compound 1 |

| P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADCRR |
|---|---|
| 5501 N. La Palma | La Palma |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar  la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

## SECTION/SECCIÓN II

| AREA OF INTEREST*(Check only one block below)*/AREA DE INTERES *(Marque Un Espacio Solamente)* | ☑ Medical/Médico | ☐ Dental |
|---|---|---|

☐ Pharmacy/Farmacia     ☐ Mental Health/Salud Mental     ☐ Other *(specify)/Otros (especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo.  Describa claramene y sea específico. ¡NO USE MAS HOJAS!]

Issue: Need Pain Meds (Ibuprofen) for edema/inflammation in right eye.
The Provider issued a 1 month prescription of Ibuprofen to
address acute pain caused by the edema in my right eye. I'm in
severe pain. Please hurry. Thank You.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenoiones otorgadas por la ley)*.  Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

| INMATE SIGNATURE/FIRMA DEL PRISIONERO |
|---|
| *[signature]* |

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]**

## SECTION III/SECCION III

| REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA | ☐ Medical/Médico | ☐ Dental | ☐ Pharmacy/Farmacia |
|---|---|---|---|

☐ Pharmacy/Farmacia     ☐ Mental Health/Salud Mental     ☐ Other *(specify)/Otros (especifique)* _____

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| | | |

## SECTION/SECCIÓN IV

| PLAN OF ACTION/PLAN DE ACCION |
|---|
| |
| |

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| | | |

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución:     White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
6/2/21

SECTION 4, HNR

**Arizona Department of Corrections Rehabilitation and Reentry**

**Health Needs Request (HNR)**

Date : _____

Time: _____

Initials: _____

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADCRR NUMBER/NÚMERO DE ADCRR | DATE/FECHA *(mm/dd/yyyy)* |
|---|---|---|
| Campbell, Kevin | 079010 | 12-26-23 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD |
|---|---|
| AA118 | Compound 1 |

| P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADCRR |
|---|---|
| 5501 N. La Palma Rd. | La Palma |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

## SECTION/SECCIÓN II

**AREA OF INTEREST***(Check only one block below)***/AREA DE INTERES** *(Marque Un Espacio Solamente)*   ☒ Medical/Médico   ☐ Dental

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Other *(specify)/Otros (especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!]

URGENT: Corneal edema is causing extreme pain in my right eye, fluid is leaking from my right eye, bloodshot and is registering 10/10 on the pain index. Medical has my Prednisolone prescription which reduces the inflammation but refuses to give it to me. Need to see Provider.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenoiones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]**

## SECTION III/SECCION III

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA**   ☐ Medical/Médico   ☐ Dental   ☐ Pharmacy/Farmacia

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Other *(specify)/Otros (especifique)* _____

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| | | |

## SECTION/SECCIÓN IV

**PLAN OF ACTION/PLAN DE ACCION**

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| | | |

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución:   White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
6/2/21

SECTION 4, HNR



**Arizona Department of Corrections
Rehabilitation and Reentry**

**Health Needs Request (HNR)**

Date : _____

Time: _____

Initials: _____

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE (Last, First M.I.) (Apellido, Nombre, Inicial) | ADCRR NUMBER/NÚMERO DE ADCRR | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|
| Campbell Kevin | 019010 | AA 118 |
| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | |
| P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADCRR | |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar  la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

## SECTION/SECCIÓN II

**AREA OF INTEREST** (Check only one block below)/**AREA DE INTERES** (Marque Un Espacio Solamente)    ☐ Medical/Médico    ☐ Dental

☐ Pharmacy/Farmacia    ☐ Mental Health/Salud Mental    ☐ Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!]

I need all chronic meds also eye drops

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenoiones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO    Klein Campbell

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]**

## SECTION III/SECCION III

| REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA    ☐ Medical/Médico    ☐ Dental    ☐ Pharmacy/Farmacia | | |
|---|---|---|
| ☐ Pharmacy/Farmacia    ☐ Mental Health/Salud Mental    ☐ Other (specify)/Otros (especifique) | | |
| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |

## SECTION/SECCIÓN IV

| PLAN OF ACTION/PLAN DE ACCION | | |
|---|---|---|
| | | |
| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución:    White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
6/2/21

SECTION 4, HNR

**Arizona Department of Corrections**
**Rehabilitation and Reentry**

**Health Needs Request (HNR)**

Date : _____

Time: _____

Initials: _____

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE (Last, First M.I.) (Apellido, Nombre, Inicial) | ADCRR NUMBER/NÚMERO DE ADCRR | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|
| Campbell, Kevin L | 074010 | 1-22-24 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD |
|---|---|
| AA113 | Campground 1 |

| P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADCRR |
|---|---|
| 5501 N. La Palma Rd | La Palma Correctional Center |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar  la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

## SECTION/SECCIÓN II

**AREA OF INTEREST**(Check only one block below)/**AREA DE INTERES** (Marque Un Espacio Solamente)   ☑ Medical/Médico   ☐ Dental

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!]

Please confirm whether I'm still scheduled to see the eye specialist/surgeon as I'm still experiencing eye pain. As a result of blurriness and inflammation in my right eye due to the glare. I need ibuprofen. Thank you.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO

Kevin Campbell

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]**

## SECTION III/SECCION III

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA**   ☐ Medical/Médico   ☐ Dental   ☐ Pharmacy/Farmacia

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Other (specify)/Otros (especifique) _____

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | | |

## SECTION/SECCIÓN IV

**PLAN OF ACTION/PLAN DE ACCION**

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | | |

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni a una subdivisión política de este estado.]*

Distribution/Distribución:    White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
6/2/21

**SECTION 4, HNR**



**Arizona Department of Corrections**
**Rehabilitation and Reentry**

**Health Needs Request (HNR)**

Date : _____

Time: _____

Initials: _____

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADCRR NUMBER/NÚMERO DE ADCRR | DATE/FECHA *(mm/dd/yyyy)* |
|---|---|---|
| Campbell Kevin | 079010 | 3-6-2? |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD |
|---|---|
| AA118 | Compound 1 |

| P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADCRR |
|---|---|
| 5501 N. La Palma Rd. | La Palma |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar  la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

## SECTION/SECCIÓN II

**AREA OF INTEREST***(Check only one block below)***/AREA DE INTERES** *(Marque Un Espacio Solamente)*     ☒ Medical/Médico     ☐ Dental

☐ Pharmacy/Farmacia     ☐ Mental Health/Salud Mental     ☐ Other *(specify)/Otros (especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo.  Describa claramene y sea específico. ¡NO USE MAS HOJAS!]

Please confirm whether I'm scheduled for an offsite eye
surgery with corneal specialist Dr. Vidolle. My right eye
remains bloodshot, extremely painful and others My doctor
limit activity. For some reason you refuse to give me pain
meds. Why?

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenoiones otorgadas por la ley)*.  Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO

*JM Campbell*

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]**

## SECTION III/SECCION III

| **REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA**     ☐ Medical/Médico     ☐ Dental     ☐ Pharmacy/Farmacia | | |
|---|---|---|
| ☐ Pharmacy/Farmacia     ☐ Mental Health/Salud Mental     ☐ Other *(specify)/Otros (especifique)* _____ | | |
| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |

## SECTION/SECCIÓN IV

| **PLAN OF ACTION/PLAN DE ACCION** | | |
|---|---|---|
| | | |
| | | |
| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución:     White/Blanca – Health Unit/Unidad de Salud
                                                Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
6/2/21

**SECTION 4, HNR**



**Arizona Department of Corrections
Rehabilitation and Reentry**

**Health Needs Request (HNR)**

Date : _____
Time: _____
Initials: _____

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADCRR NUMBER/NÚMERO DE ADCRR | DATE/FECHA *(mm/dd/yyyy)* |
|---|---|---|
| Campbell Kevin L | 079010 | 3-12-24 |
| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | |
| AAIIX | Mineral I | |
| P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADCRR | |
| 5501 N La Palma Rd | La Palma | |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar  la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

## SECTION/SECCIÓN II

**AREA OF INTEREST** *(Check only one block below)*/**AREA DE INTERES** *(Marque Un Espacio Solamente)*    ☐ Medical/Médico    ☐ Dental

☑ Pharmacy/Farmacia    ☐ Mental Health/Salud Mental    ☐ Other *(specify)/Otros (especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!]

Please refill the following prescriptions: (1) Amlodipine, (2) Atorvastatin, (3) Losartan, (4) Tamsulosin, (5) eyedrops, and (6) Ibuprofen 400 mg. Thank You. Please don't forget the Ibuprofen and explain why you refuse to give me Prednisone and Ibuprofen.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenoiones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO    *Kevin Campbell*

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]**

## SECTION III/SECCION III

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA**    ☐ Medical/Médico    ☐ Dental    ☐ Pharmacy/Farmacia

☐ Pharmacy/Farmacia    ☐ Mental Health/Salud Mental    ☐ Other *(specify)/Otros (especifique)* _____

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| | | |

## SECTION/SECCIÓN IV

| PLAN OF ACTION/PLAN DE ACCION |
|---|
| |
| |

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| | | |

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución:    White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
6/2/21

**SECTION 4, HNR**



**Arizona Department of Corrections Rehabilitation and Reentry**

**Health Needs Request (HNR)**

Date : _____

Time: _____

Initials: _____

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADCRR NUMBER/NÚMERO DE ADCRR | DATE/FECHA *(mm/dd/yyyy)* |
|---|---|---|
| Campbell, Kevin Lee | 074010 | 4-7-24 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD |
|---|---|
| AA118 | Compound 1 |

| P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADCRR |
|---|---|
| 5501 N. La Palm. Rd | La Palma |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar  la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

## SECTION/SECCIÓN II

**AREA OF INTEREST***(Check only one block below)***/AREA DE INTERES** *(Marque Un Espacio Solamente)*    ☐ Medical/Médico    ☐ Dental

☑ Pharmacy/Farmacia    ☐ Mental Health/Salud Mental    ☐ Other *(specify)/Otros (especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!]

Please refill the following presciptions/meds:

1. Amlodipine   2. Tamsulin   3. Atorvastatin
4. Losartian  and  5. eye drops. I also need
6.) Ibuprofen.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]**

## SECTION III/SECCION III

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA**    ☐ Medical/Médico    ☐ Dental    ☐ Pharmacy/Farmacia

☐ Pharmacy/Farmacia    ☐ Mental Health/Salud Mental    ☐ Other *(specify)/Otros (especifique)* _____

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
|  |  |  |

## SECTION IV/SECCIÓN IV

**PLAN OF ACTION/PLAN DE ACCION**

| | | |
|---|---|---|
|  |  |  |
|  |  |  |

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución:    White/Blanca – Health Unit/Unidad de Salud
    Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
6/2/21

**SECTION 4, HNR**

**Arizona Department of Corrections Rehabilitation and Reentry**

**Health Needs Request (HNR)**

Date : _____

Time: _____

Initials: _____

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADCRR NUMBER/NÚMERO DE ADCRR | DATE/FECHA *(mm/dd/yyyy)* |
|---|---|---|
| Campbell Kevin | 279010 | 9/30/ |
| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | |
| AA 118 | C-1 | |
| P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADCRR | |
| | La Palma | |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar  la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

## SECTION/SECCIÓN II

| AREA OF INTEREST*(Check only one block below)*/AREA DE INTERES *(Marque Un Espacio Solamente)* | ☐ Medical/Médico | ☐ Dental |
|---|---|---|

☑ Pharmacy/Farmacia      ☐ Mental Health/Salud Mental      ☐ Other *(specify)*/Otros *(especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!]

Please refill the following prescriptions: (1) Tamsulosin (2) Loratadine (3) Aravastatin (4) Amlodipine, (5) ibuprofen 4 mg and 167 mg tab.            Thank You

PS, I'm in pain. i.e. eye pain.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]**

## SECTION III/SECCION III

| REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA | ☐ Medical/Médico | ☐ Dental | ☐ Pharmacy/Farmacia |
|---|---|---|---|

☐ Pharmacy/Farmacia      ☐ Mental Health/Salud Mental      ☐ Other *(specify)*/Otros *(especifique)* _____

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| | | |

## SECTION/SECCIÓN IV

| PLAN OF ACTION/PLAN DE ACCION |
|---|
| |
| |
| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución:     White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
6/2/21

**SECTION 4, HNR**



**Arizona Department of Corrections**
**Rehabilitation and Reentry**

**Health Needs Request (HNR)**

Date : _____

Time: _____

Initials: _____

### SECTION/SECCIÓN I

| INMATE NAME/NOMBRE (Last, First M.I.) (Apellido, Nombre, Inicial) | ADCRR NUMBER/NÚMERO DE ADCRR | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|
| Campbell, Kevin C | 07010 | 05-14-24 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD |
|---|---|
| AA116 | Compound 1 |

| P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADCRR |
|---|---|
| 5501 N. La Palma Rd | L. Palma |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar  la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

### SECTION/SECCIÓN II

**AREA OF INTEREST**(Check only one block below)/**AREA DE INTERES** (Marque Un Espacio Solamente)    ☐ Medical/Médico    ☐ Dental

☑ Pharmacy/Farmacia    ☐ Mental Health/Salud Mental    ☐ Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!]

Please still the following prescriptions: (1) Atorvastatin, (2) Amlodipine, (3) Losartan, (4) Tamsolin, (5) eye drops

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenoiones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]**

### SECTION III/SECCION III

| REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA    ☐ Medical/Médico    ☐ Dental    ☐ Pharmacy/Farmacia |
|---|
| ☐ Pharmacy/Farmacia    ☐ Mental Health/Salud Mental    ☐ Other (specify)/Otros (especifique) _____ |

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | | |

### SECTION/SECCIÓN IV

| PLAN OF ACTION/PLAN DE ACCION |
|---|
| |
| |

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | | |

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución:    White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
6/2/21

**SECTION 4, HNR**



**Arizona Department of Corrections
Rehabilitation and Reentry**

**Health Needs Request (HNR)**

Date : _____

Time: _____

Initials: _____

**SECTION/SECCIÓN I**

| INMATE NAME/NOMBRE *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADCRR NUMBER/NÚMERO DE ADCRR | DATE/FECHA *(mm/dd/yyyy)* |
|---|---|---|
| Campbell Kevin | 079010 | 6-22-24 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD |
|---|---|
| AA118 | LPCC |

| P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADCRR |
|---|---|
| | LPCC |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar  la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

**SECTION/SECCIÓN II**

| AREA OF INTEREST*(Check only one block below)*/**AREA DE INTERES** *(Marque Un Espacio Solamente)* | ☑ Medical/Médico | ☐ Dental |
|---|---|---|

☐ Pharmacy/Farmacia     ☐ Mental Health/Salud Mental     ☐ Other *(specify)/Otros (especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!]

Please confirm whether or not I am scheduled for
a follow up with my primary offsite ophthalmologist,
Dr. Motha + Scottsdale Eye Surgery Clinic. RE: d
Retina Reattachment   Thanks :)

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exeniones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMÁS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]**

**SECTION III/SECCION III**

| REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA | ☐ Medical/Médico | ☐ Dental | ☐ Pharmacy/Farmacia |
|---|---|---|---|
| ☐ Pharmacy/Farmacia     ☐ Mental Health/Salud Mental | ☐ Other *(specify)/Otros (especifique)* | | |

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| | | |

**SECTION/SECCIÓN IV**

| PLAN OF ACTION/PLAN DE ACCION |
|---|
| |
| |

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| | | |

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución:     White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
6/2/21

**SECTION 4, HNR**



**Arizona Department of Corrections**
**Rehabilitation and Reentry**

**Health Needs Request (HNR)**

Date : _____

Time: _____

Initials: _____

**SECTION/SECCIÓN I**

| INMATE NAME/NOMBRE (Last, First M.I.) (Apellido, Nombre, Inicial) | ADCRR NUMBER/NÚMERO DE ADCRR | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|
| Campbell, Keith M. | 079010 | 7-22-24 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD |
|---|---|
| AA118 | Compound |

| P.O. BOX/APARTADO POSTAL | INSTITUCIÓN/INSTALACIÓN: ADCRR |
|---|---|
| | LPCC |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

**SECTION/SECCIÓN II**

**AREA OF INTEREST**(Check only one block below)/**AREA DE INTERES** (Marque Un Espacio Solamente)    ☐ Medical/Médico    ☐ Dental

☐ Pharmacy/Farmacia    ☐ Mental Health/Salud Mental    ☐ Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!]

Please refill the following prescribed medications: (1) liquid tears and (2) Prednisone. P.S. There is a real problem with you providing me with Prednisone. You're not filling this prescription and you need to Thank you

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO

*K.M Campbell*

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]**

**SECTION III/SECCION III**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA**    ☐ Medical/Médico    ☐ Dental    ☐ Pharmacy/Farmacia

☐ Pharmacy/Farmacia    ☐ Mental Health/Salud Mental    ☐ Other (specify)/Otros (especifique) _____

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | | |

**SECTION/SECCIÓN IV**

**PLAN OF ACTION/PLAN DE ACCION**

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | | |

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución:    White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
6/2/21

SECTION 4, HNR

**Arizona Department of Corrections**
**Rehabilitation and Reentry**

**Health Needs Request (HNR)**

Date : _____

Time: _____

Initials: _____

SECTION/SECCIÓN I

| INMATE NAME/NOMBRE *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADCRR NUMBER/NÚMERO DE ADCRR | DATE/FECHA *(mm/dd/yyyy)* |
|---|---|---|
| Campbell, Kevin - L. | 079010 | 8-26-2024 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD |
|---|---|
| AA118 | La Palma |

| P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADCRR |
|---|---|
| 5501 N. La Palma Rd. | LPCC |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar  la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

SECTION/SECCIÓN II

| AREA OF INTEREST*(Check only one block below)*/AREA DE INTERES *(Marque Un Espacio Solamente)* | ☒ Medical/Médico | ☐ Dental |
|---|---|---|

☐ Pharmacy/Farmacia        ☐ Mental Health/Salud Mental        ☐ Other *(specify)/Otros (especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!]

According to offsite specialist Oonthalmoay surgeon Dr. MethaC who I saw on 8-15-24, I request a follow-up with my primary eye physician Dr. Hiller for post-op evaluation and eye exam for prescription eyewear and magnification kit (at least X5 magnification)

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO

Kevin Campbell

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]**

SECTION III/SECCION III

| REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA | ☐ Medical/Médico | ☐ Dental | ☐ Pharmacy/Farmacia |
|---|---|---|---|

☐ Pharmacy/Farmacia        ☐ Mental Health/Salud Mental        ☐ Other *(specify)/Otros (especifique)* _____

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| | | |

SECTION/SECCIÓN IV

| PLAN OF ACTION/PLAN DE ACCION |
|---|
| |
| |

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución:   White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
6/2/21

SECTION 4, HNR



**Arizona Department of Corrections
Rehabilitation and Reentry**

*Health Needs Request (HNR)*

Date : _____

Time: _____

Initials: _____

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADCRR NUMBER/NÚMERO DE ADCRR | DATE/FECHA *(mm/dd/yyyy)* |
|---|---|---|
| Campbell Kevin | 279010 | 9-15-24 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD |
|---|---|
| A- 118 | Apache |

| P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADCRR |
|---|---|
| | Catalina |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar  la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

## SECTION/SECCIÓN II

**AREA OF INTEREST***(Check only one block below)*/**AREA DE INTERES** *(Marque Un Espacio Solamente)*  ☐ Medical/Médico    ☐ Dental

☑ Pharmacy/Farmacia    ☐ Mental Health/Salud Mental    ☐ Other *(specify)/Otros (especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!]

I need Refill of (Preonesdn Drops)

And Liquid teas.

thank You

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenoiones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO

Kevin Campbell

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]**

## SECTION III/SECCION III

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA**    ☐ Medical/Médico    ☐ Dental    ☐ Pharmacy/Farmacia

☐ Pharmacy/Farmacia    ☐ Mental Health/Salud Mental    ☐ Other *(specify)/Otros (especifique)* _____

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| | | |

## SECTION/SECCIÓN IV

**PLAN OF ACTION/PLAN DE ACCION**

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| | | |

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución:    White/Blanca – Health Unit/Unidad de Salud
                    Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
6/2/21

SECTION 4, HNR